# JacksonLewis

> In light of the parties' mediation session scheduled for June 16, 2021, the pre-motion conference scheduled for June 16, 2021 at 12:00 p.m. is adjourned to July 7, 2021 at 2:00 p.m. At the time of the conference, all parties shall call (888) 398-2342; access code: 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 17.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 21, 2021

May 20, 2021

**VIA ECF**
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

**Re:** **Trivelli v. Putnam Hospital Center**
     **Case No.: 7:21-cv-03291 (PMH)**
     **Related Case No. 7:19-cv-09898 (PMH)**

Dear Judge Halpern:

      We represent Defendant Putnam Hospital Center in the above-captioned cases. We write jointly with Plaintiff Derek Trivelli's counsel to advise that the parties are scheduled to attend mediation on June 16, 2021, the same day that the Court has scheduled a pre-motion conference. We are seeking the Court's guidance as to whether it would prefer that the parties take a break from mediation to participate in the pre-motion conference or reschedule the pre-motion conference to another date.

      Thank you for your consideration. Please contact us should the Court have any questions or require any additional information.

Respectfully submitted,

*Arin Liebman*
JACKSON LEWIS. P.C.

Arin M. Liebman
(914) 872-8060
Arin.Liebman@jacksonlewis.com

Vincent Polsinelli
(518) 512-8700
Vincent.Polsinelli@jacksonlewis.com

cc: All Counsel of Record (via ECF)